**STATE OF MONTANA,**
    **Plaintiff,**                                    **CAUSE NO. DC-13-22**
-vs-                                                    **DECISION**
**WILLIAM JOSEPH OHNSTAD,**
    **Defendant.**

On December 10, 2013, the Defendant was sentenced for Count I: Escape, a felony, in violation of Section 45-7-306, MCA (2011), commitment to the Montana State Prison for a term of Three (3) years. The sentence shall run consecutive to the Defendant's underlying sentence in Yellowstone County, Cause No. DC-09-355; shall not receive any credit for time served as he was incarcerated and serving time on an underlying sentence the entire time this case was pending; and other terms and conditions given in the Judgment on December 10, 2013.

On May 8, 2014, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant was present and was represented by Brooke Perkins, an intern with the Montana Office of Public Defender, under the supervision of Ed Sheehy, Jr., Attorney at Law. The State was not represented.

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 12, Rules of the Sentence Review Division of the Supreme Court of Montana, provides that, "The sentence imposed by the District Court is presumed correct. The sentence shall not be reduced or increased unless it is clearly inadequate or clearly excessive." (Section 46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is clearly inadequate or clearly excessive.

Therefore, it is the unanimous decision of the Division that the sentence shall be AFFIRMED.

Done in open Court this 8ᵗʰ day of May, 2014.

DATED this 28ᵗʰ day of May, 2014.

Chairperson, Hon. Brad Newman, Member Hon. Brenda Gilbert and Alternate Member Hon. John Warner.